UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ELAINE REYNOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:12-cv-00130-JMS-DKL |
| | ) | |
| WARREN TWSP SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Discussing Motion to Proceed *In Forma Pauperis*
and Motion for Counsel and Directing Service of Process**

**I.**

The plaintiff's request to proceed *in forma pauperis* [2] is **granted.**

**II.**

Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's motion makes no reference to having made this effort or of being prevented from doing so. Accordingly, the plaintiff's motion for the appointment of counsel [4] is **denied.**

**III.**

The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c), to issue and serve process on the defendant in the manner specified by *Fed. R. Civ. P.* 4(d). Process in this case shall consist of the complaint filed on January 30, 2012, the attachment thereto, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 02/01/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

**Distribution:**

**Elaine Reynosa**
**3537 Apple Street**
**Indianapolis, IN 46203**

**Warren Twsp Schools**
**975 N. Post Road**
**Indianapolis, IN 46239**